IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RAYMOND WAYNE SULLIVAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 7:14-CV-082-O |
| | § | |
| RICHARD E. WATHEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 62), I am of the opinion that the fact findings and conclusions of law set forth in the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the findings of the Court.

For the reasons stated in the Magistrate Judge's Findings, Conclusions, and Recommendation, Plaintiff's Motion for Preliminary Injunction (ECF No. 44) is DENIED as MOOT.

SO ORDERED this 23rd day of September, 2015.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**